IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DENNY MARTINEZ,

    Plaintiff,

vs.                            No. 1:15-cv-00556 KBM/KK

DEPUTY BRIAN BERRY, in his
Individual and official capacities as
a Rio Arriba County Deputy and
COUNTY OF RIO ARRIBA,

    Defendants.

### STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANTS BRIAN BERRY AND RIO ARRIBA COUNTY

COMES NOW Plaintiff, Denny Martinez, Jr., by and through his counsel, and pursuant to Fed. R. Civ. P. 41, hereby stipulates to dismissing with prejudice any and all claims asserted against Defendants Brian Berry and the County of Rio Arriba.  In accordance with said Rule, this stipulation of dismissal with prejudice has been signed by counsel for all parties who have appeared herein.  No settlement monies have been paid by the Defendants in order to induce this stipulation of dismissal with prejudice.  Each party shall bear their own costs.

    Respectfully submitted,

    CLARK, JONES & PENNINGTON, LLC

    /s/ Elden A. Pennington
    Elden A. Pennington
    *Attorney for Plaintiff*
    1322 Paseo de Peralta
    Santa Fe, NM  87501
    (505) 820-1825
    eldenpennington@yahoo.com

YENSON, ALLEN & WOSICK, P.C.

**/s/ Robert W. Becker**
Robert W. Becker
*Attorney for Defendants*
4908 Alameda Blvd NE
Albuquerque, NM  87113-1736
(505) 266-3995
rbecker@ylawfirm.com